Leo M. LaRocca  (SBN 115014)
**NIVEN & SMITH, LLP**
275 Battery Street, Suite 1120
San Francisco, CA   94111-3383
Telephone:   415-981-5451
Facsimile:    415-433-5439

Attorneys for Defendant H&K Investment Group,
A California Corporation, JENNIFER CALLAN DESLER,
in individual and representative capacity as trustee of
The Callan Grandchildren's Trust dated May 18, 1999,
THOMAS CALLAN III, in individual and representative
capacity as trustee of The Callan Grandchildren's Trust
dated May 18, 1999; GLADYS ANN CALLAN, in individual
and representative capacity as trustee of The Callan
Grandchildren's Trust dated May 18, 1999

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>             Plaintiff,<br>vs.<br><br>JENNIFER CALLAN DESLER, in individual and representative capacity as trustee of The Callan Grandchildren's Trust dated May 18, 1999; THOMAS CALLAN III, in individual and representative capacity as trustee of The Callan Grandchildren's Trust dated May 18, 1999; GLADYS ANN CALLAN, in individual and representative capacity as trustee of The Callan Grandchildren's Trust dated May 18, 1999; H&K INVESTMENT GROUP, A California Corporation<br><br>             Defendants. | Case 4:21-cv-07942-HSG<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT H&K INVESTMENT GROUP, A CALIFORNIA CORPORATION, TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER** |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective attorneys, that Defendant H&K INVESTMENT GROUP, a California corporation, may have additional time within which to answer or otherwise respond to Plaintiff's Complaint. Therefore, the last day for Defendant H&K INVESTMENT GROUP, a California corporation, to answer or otherwise respond to Plaintiff's Complaint is January 5, 2022.

**IT IS FURTHER STIPULATED** by and between the parties hereto, through their respective attorneys, that the parties shall have additional time within which the parties and counsel to hold a joint inspection of the premises pursuant to General Order No. 56, §7, The current last day to undertake this joint site inspection is February 9, 2022. Pursuant to this Stipulation, the parties shall now have up to and including April 1, 2022, to hold the joint site inspection of the premises.

GOOD CAUSE EXIST for the extension as defense counsel has just been assigned to this case, and requires time to be knowledgeable about the case to prepare an initial pleading.

**IT IS SO STIPULATED.**

Dated: December 8, 2021        **CENTER FOR DISABILITY ACCESS**

By: /s/ Amanda Seabock
AMANDA SEABOCK
Attorneys for Plaintiff BRIAN WHITAKER

Dated: December 7, 2021        **NIVEN & SMITH, LLP**

By: /s/ Leo LaRocca
LEO LaROCCA
Attorneys for Defendants H&K Investment Group, a California Corporation,

JENNIFER CALLAN DESLER, in individual and representative capacity as trustee of The Callan Grandchildren's Trust dated May 18, 1999; THOMAS CALLAN III, in individual and representative capacity as trustee of The Callan Grandchildren's Trust dated May 18, 1999; GLADYS ANN CALLAN, in individual and representative capacity as trustee of The Callan Grandchildren's Trust dated May 18, 1999; H&K INVESTMENT GROUP, a California Corporation

## ORDER

Pursuant to the parties' Stipulation, **IT IS SO ORDERED** that Defendant H&K INVESTMENT GROUP, a California corporation, shall answer or otherwise respond to Plaintiff's Complaint on or before January 5, 2022. Additionally, **IT IS FURTHER ORDERED** that the last day for parties and counsel to hold a joint site inspection under General Order No. 56, § 7 of the premises is March 9, 2022.

Dated: 12/10/2021

HAYWOOD S. GILLIAM, JR.
United States District Court Judge